1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
3  Frieda K. Zimmerman
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
6

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

7

8           UNITED STATES DISTRICT COURT
9       FOR THE EASTERN DISTRICT OF WASHINGTON

10

11  UNITED STATES OF AMERICA,

12                                          2:24-CR-26-SAB
              Plaintiff,
13                                          INDICTMENT

14       v.                                 Vio: 18 U.S.C. § 117
                                                 Domestic Assault by Habitual
15  MICHAEL JULIAN WATTS,                        Offender in Indian Country
                                                 (Counts 1-2)
16            Defendant.

17

18

19       The Grand Jury charges:

20                              COUNT 1

21       On or about October 2, 2023, in the Eastern District of Washington, within
22  the external boundaries of the Colville Indian Reservation, Defendant MICHAEL
23  JULIAN WATTS, an Indian, did knowingly assault A.C., an intimate and dating
24  partner. The domestic assault was committed after Defendant MICHAEL JULIAN
25  WATTS was convicted on at least two separate prior occasions for offenses that
26  would be, if subject to federal jurisdiction, any assault, sexual abuse, or serious
27  violent felony where the victim of the offense was an intimate partner, all in violation
28  of 18 U.S.C. § 117.

INDICTMENT – 1

COUNT 2

On or about November 5, 2023, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, Defendant MICHAEL JULIAN WATTS, an Indian, did knowingly assault A.C., an intimate and dating partner. The domestic assault was committed after Defendant MICHAEL JULIAN WATTS was convicted on at least two separate prior occasions for offenses that would be, if subject to federal jurisdiction, any assault, sexual abuse, or serious violent felony where the victim of the offense was an intimate partner, all in violation of 18 U.S.C. § 117.

DATED this 21 day of February, 2024.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Frieda K. Zimmerman*

Frieda K. Zimmerman
Assistant United States Attorney

INDICTMENT – 2